| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| :--- | :---: | :--- |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | |
| WILLIAM ROOSEVELT BUIE, III | * | AG No. 33<br>September Term, 2023 |
| | * | |

# O R D E R

Upon consideration of the parties' joint petition to suspend the respondent for 180 days, stayed in favor of one year probation with terms, in which respondent agrees that the conduct described in the petition violates Rules 8.1(a) and 8.4(b) of the Maryland Attorneys' Rules of Professional Conduct, it is this 19th day of January 2024, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that William Roosevelt Buie, III is suspended for 180 days from the practice of law in the State of Maryland; and it is further

ORDERED that the suspension is stayed in favor of one year of probation under the terms contained in the Probation Agreement.

/s/ Matthew J. Fader
Chief Justice